```
                          United States Bankruptcy Court
                          Western District of Washington
Christensen,
        Plaintiff                                           Adv. Proc. No. 14-01471-MLB
Madsen,
        Defendant
                              CERTIFICATE OF NOTICE
District/off: 0981-2          User: janetf              Page 1 of 1              Date Rcvd: Jan 08, 2015
                              Form ID: pdfltd           Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2015.
aty          +Craig L Pankratz,    Christensen Corbett & Pankratz PLLC,    136 East South Temple Suite 1400,
              Salt Lake City, UT 84111-1143
aty          +Jory L Trease,   140 West 2100 South Suite 212,    Salt Lake City, UT 84115-1840
pla          +Steve S Christensen,    Christensen Corbett & Pankratz PLLC,    136 E South Temple Suite 1400,
              Salt Lake City, UT 84111-1143
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           +E-mail/Text: USTPREGION18.SE.ECF@USDOJ.GOV Jan 09 2015 00:28:48      United States Trustee,
               700 Stewart St Ste 5103,    Seattle, WA 98101-4438
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2015                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2015 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0

**Below is the Order of the Court.**

_____
**Marc Barreca**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

___

IN THE BANKRUPTCY COURT OF THE UNITED STATES FOR
THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re<br><br>RAYMOND WILLIAM MADSEN AND<br>NILA DAWN MADSEN,<br><br>Debtor. | Case No. 13-16327 |
| STEVE S. CHRISTENSEN AND<br>STEVE S. CHRISTENSEN, P.C.,<br><br>Plaintiff,<br>vs.<br><br>RAYMOND MADSEN,<br><br><br>Defendants. | Adversary No. 14-01471<br><br><br><br><br>NOTICE OF PRETRIAL<br>CONFERENCE |

TO Plaintiffs and Defendant:

ORDER

1    YOU ARE NOTIFIED that a pretrial conference in this matter will be held
2 before the Honorable Marc Barreca at the following time and place:

4  Date and Time: **January 16, 2015 at 8:30 a.m.**
5  Address:  **U.S. Courthouse, Room 7106, 700 Stewart Street, Seattle, WA 98101**

7   Parties may appear telephonically.  Please refer to the court's website for
8 call-in instructions at www.wawb.uscourts.gov.

/// END OF ORDER ///

ORDER